UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Leatherwood Scopes International, Inc.,

Plaintiff,

vs.

James M. Leatherwood,
d/b/a Leatherwood Optics,

Defendant.

Court File No. 00-CV-817 PAM/JGL

**STIPULATION AND ORDER TO AMEND PRE-TRIAL SCHEDULE**

The parties in the above-entitled matter, through their undersigned attorneys, stipulate and agree that the Court's Pre-Trial Scheduling Order dated September 14, 2000, be amended to allow all discovery, expert witness disclosures and non-dispositive motion deadlines extended until February 1, 2001. This joint stipulation and request of the Court for deadline extensions are due in part to the unavailability of witnesses for depositions to be completed prior to the previously ordered deadlines.

Dated: December 29, 2000

**PATTERSON, THUENTE, SKAAR & CHRISTENSEN**

John Klippen JOJ
By permission

Randall T. Skaar, #165013
Eric H. Chadwick, #248769
John C. Klippen, #194013
4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2100
(612) 349-5742

**ATTORNEYS FOR PLAINTIFF**

FILED JAN 02 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Dated: December 29, 2000

David M. Gross, #38088
8323 Franklin Avenue West
St. Louis Park, Minnesota 55426-1914
Telephone: (763) 545-1091

**ATTORNEYS FOR DEFENDANTS**

**ORDER**

Based upon the foregoing stipulation, and upon all of the files, records, and proceedings herein, the Court makes the following ORDER:

1. That the Pre-trial Scheduling Order dated September 14, 2000, be amended to allow the deadline for completion of discovery, expert disclosure and non-dispositive motions to provisions of the original scheduling will remain as previously ordered.

Dated: Jany 2, 2001

BY THE COURT

Paul A. Magnuson
Judge of District Court