# UNI'L_D STATES DISTRICT JURT
## DISTRICT OF MINNESOTA

Leatherwood Scopes International, Inc

Case No. Civil 00-817 PAM/JGL

v.

**JUDGMENT IN A CIVIL CASE**

James M. Leatherwood
d/b/a Leatherwood Optics

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

1. Plaintiff's motion for summary judgment is DENIED;
2. Defendant's motion for summary judgment is GRANTED.

DATE: April 24, 2001

FRANCIS E. DOSAL, CLERK

Mary Kaye Conery

Mary Kaye Conery, Deputy Clerk

41